# United States Court of Appeals
## For the First Circuit

No. 02-1541

MARWAN YOUSSEF ALBATHANI,

Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

ERRATA SHEET

The opinion of this Court issued on February 6, 2003 is amended as follows:

Replace the first sentence of the last paragraph on page 26, ending on page 27, line 1, with the following:

In fact, based on our review, the record of the hearing itself could not be reviewed in ten minutes.